**IN RE: Michael STARR, Appellant**

**2016-1285**

United States Court of Appeals, Federal Circuit.

December 13, 2016

HOWARD LEIB, Howard Leib, Esq., PC, Ithaca, NY, argued for appellant.

CHRISTINA HIEBER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS L. CASAGRANDE, ROBERT J. McMANUS.

(O'Malley, Wallach, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**